*Friday, February 7, 1992*
## MISCELLANEOUS DISMISSALS

**91–768.** State, ex rel. General Motors Corp., Fisher Body Div., v. Smith. *Franklin County,* No. 88AP–768. Cause dismissed, on appellant's application to dismiss, effective February 5, 1992.

**91–1695.** Cardinal Fed. S. & L. Assn. v. Michaels Bldg. Co. *Summit County,* No. 14521. Cause dismissed, on joint application to dismiss, effective February 5, 1992.

**91–2222.** Doe v. Univ. of Cincinnati. *Franklin County,* No. 90AP–172. Cause dismissed, on appellants' application for dismissal, effective February 5, 1992.

**91–2524.** State, ex rel. Roberts, v. Dormund Corp. *Mahoning County,* No. 91 C.A. 162. *Sua sponte,* cause dismissed for want of prosecution, effective February 5, 1992.

*Monday, February 10, 1992*
## MISCELLANEOUS DISMISSALS

**91–2469.** State v. Lumpkin. *Greene County,* No. 90–CA–82. *Sua sponte,* cause dismissed for want of prosecution, effective February 7, 1992.

**91–2475.** Robinson v. Hartzell. *Stark County,* No. CA–8647. *Sua sponte,* cause dismissed for want of prosecution, effective February 7, 1992.

**91–2494.** Robinson v. Hartzell. *Stark County,* Nos. CA–8718, CA–8759, CA–8789 and CA–8647. *Sua sponte,* cause dismissed for want of prosecution, effective February 7, 1992.

**92–56.** State, ex rel. Thrower, v. Medina Cty. Sheriff. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration of relator's motion to dismiss,

IT IS ORDERED by the court that said motion to dismiss be, and the same is hereby, sustained, effective February 7, 1992.

IT IS FURTHER ORDERED by the court that this cause be, and the same is hereby, dismissed.

*Thursday, February 13, 1992*
## MOTION DOCKET

**90–1914.** State v. Franklin. *Hamilton County,* No. C–890028. On motion for stay and on motion to recall mandate and permit briefing. Motion for stay granted; motion to recall denied.
SWEENEY, J., not participating.

**92–126.** State v. Shaffer. *Ashtabula County,* No. 90–A–1572. On motion for stay. Motion denied.
HOLMES and WRIGHT, JJ., dissent.
SWEENEY, J., not participating.

*Wednesday, February 19, 1992*
## MERIT DOCKET

**90–2306.** State, ex rel. Natgun Corp., v. Indus. Comm. *Franklin County.* Appeal from the Court of Appeals for Franklin County, No. 88AP–677. On application for dismissal. Application granted.
MOYER, C.J., HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.
SWEENEY, J., not participating.